UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDJOU FOFANA, | Case No.: 26-cv-0506-JES-DEB |
| Petitioner, | |
| v. | **ORDER FOR BOND HEARING** |
| CHRISTOPHER LAROSE, Warden of the Otay Mesa Detention Center; GREGORY ARCHAMBEAULT, Director of the San Diego Field Office, United States Immigration and Customs Enforcement; PAM BONDI, Attorney General, United States Department of Justice; KRISTI NOEM, Secretary, United States Department of Homeland Security; TODD LYONS, Acting Director of United States Immigration and Customs Enforcement; and DOES 1-5, | **[ECF No. 1]** |
| Respondents. | |

Before the Court is Petitioner Idjou Fofana's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"), filed on January 26, 2026. ECF No. 1. Respondents responded to the Petition on February 2, 2026 (ECF No. 4), and Petitioner filed a notice of concurrence on the same day (ECF No. 5).

1

The parties agree that Petitioner is entitled an order for a bond hearing from this Court. ECF Nos. 1 at 11; 4 at 2; 5 at 1. The Court notes that while Respondents state that Petitioner is part of the Bond Eligible class in *Maldonado Bautista*, at least one court has disagreed. *See Xie*, 2026 WL 92066, at *1–2 (finding that petitioner who had previously been apprehended upon arrival and released on conditional parole was not part of the class). Regardless, however, the Court does agree with Respondents that Petitioner's re-detention is governed by 8 U.S.C. § 1226 rather than § 1225, irrespective of and independently from *Maldonado Bautista*. The Court has previously held that where a petitioner is apprehended at the border, paroled into the country, and had been residing in the country when he was re-detained, his detention is governed by § 1226. *See, e.g.*, *Martinez Lopez v. Noem et al.*, No: 25-cv-2717-JES-AHG, 2025 WL 3030457, at *4-5 (S.D. Cal. Oct. 30, 2025) (explaining reasoning and citing cases); *Beltran et al. v. Noem et al.*, No. 25CV2650-LL-DEB, 2025 WL 3078837, at *3-4 (S.D. Cal. Nov. 4, 2025) (holding same); *Garcia*, 2026 WL 194745, at *2 (same).

Accordingly, the Court **ORDERS** Respondents to provide Petitioner with a bond determination hearing under 8 U.S.C. § 1226(a) within **ten days** of this Order. At the hearing, Respondents may not deny Petitioner bond on the basis that he is detained under 8 U.S.C. § 1225(b)(2). Respondents are **ORDERED** to File a Notice of Compliance within **five days** of providing Petitioner with a bond redetermination hearing, including apprising the Court of the results of the hearing.

Because the requested relief is granted, the Court **DENIES** the remainder of Petitioner's claims as moot. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: February 3, 2026

Honorable James E. Simmons Jr.
United States District Judge

2

26-cv-0506-JES-DEB